UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:01-CR-00013-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | ORDER |
| ) | |
| ) | |
| STEVEN WAYNE BELL, ) | |
| ) | |
| ) | |
| Defendant ) | |

This matter is before the court on defendant's 10 June 2010 motion. Having fully considered the motion, it is DENIED.

This 18 June 2010.

_____
W. Earl Britt
Senior U.S. District Judge