UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-13-1-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| STEVEN W. BELL ) | |

This matter is before the court on a number of documents defendant filed with the court between 9 August 2010 and 12 October 2010. To the extent any document could be deemed a motion, such motion is DENIED.

This 19 October 2010.

_____
W. Earl Britt
Senior U.S. District Judge