UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:01-CR-13-1-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN W. BELL | ) | |

This matter is before the court on defendant's 15 October 2010 motion for jail time credit. The court has already decided this issue adversely to defendant in its 23 January 2007 order, and since that time, defendant has raised the issue in numerous motions, which the court has summarily denied. The instant motion is likewise DENIED.

This 15 November 2010.

_____
W. Earl Britt
Senior U.S. District Judge