UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:01-CR-00013-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN WAYNE BELL | ) | |

This matter is before the court on defendant's numerous *pro se* motions which he has filed since the court revoked his term of supervised release and since his counsel filed a notice of appeal from that judgment. (DE ## 236-38, 240, 243-44.) The motions relate to the merits of defendant's appeal, temporary release from custody, an issue previously ruled on (i.e., jail credit), and medical treatment at the state facility where defendant was housed while awaiting Bureau of Prisons designation.[1] The motions are DENIED.

This 21 March 2013.

W. Earl Britt
Senior U.S. District Judge

---

[1] According to the Bureau of Prisons Inmate Locator, http://www.bop.gov/iloc2/LocateInmate.jsp, defendant is now imprisoned at Federal Correctional Institution Williamsburg.