UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:01-CR-00013-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN WAYNE BELL | ) | |

This matter is before the court on defendant's *pro se* motion for release of personal property. (DE # 247.) According to the motion, a police officer with the City of Fayetteville arrested defendant on 9 January 2013 and seized from him $492.00. Defendant requests that the court order the Cumberland County Jail to release this property. Because the property seized is in the possession of local law enforcement, rather than any federal agent, the court cannot direct its release. Almon v. United States, 302 F. Supp. 2d 575, 592 (D.S.C. 2004) ("[T]his Court cannot direct a person who is not a federal government agent to turn over any property." (citations omitted)). Accordingly, the motion is DENIED.

This 13 June 2013.

_____
W. Earl Britt
Senior U.S. District Judge