UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:01-CR-00013-BR

UNITED STATES OF AMERICA            )
                                    )
                                    )
            v.                      )            ORDER
                                    )
STEVEN WAYNE BELL                   )


This matter is before the court on defendant's *pro se* motion for a copy of the arrest warrant issued in connection with defendant's recent revocation of conditional release. (DE # 251.) The motion is ALLOWED. The Clerk is DIRECTED to mail to defendant a copy of the executed warrant (DE # 230).

This 17 September 2013.


_____
W. Earl Britt
Senior U.S. District Judge